Fishel Koeppel, Appellant, v. Mendel Koeppel and Abe Koeppel, Respondents. — Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ., concurred.

John Leighton, Respondent, v. George W. Dunn, Appellant, and American Nickel Company, Respondent.— Order affirmed, on argument, with ten dollars costs and disbursements. Hirschberg, P. J., Woodward, Jenks, Rich and Miller, JJ., concurred.

Alexander H. Mathesius, Appellant, v. Michael McPartland, Respondent.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Rich and Miller, JJ., concurred.

Peter E. Nolan, Respondent, v. Anna E. Sharkey, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Hooker, Rich and Miller, JJ., concurred.

Peter E. Nolan, Respondent, v. Emma R. Klencke, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Hooker, Rich and Miller, JJ., concurred.

B. Chauncey Northrup, Appellant, v. Alice M. Foss, Respondent.— Judgment of the Municipal Court reversed and new trial ordered, costs to abide the event, on the ground that the judgment is contrary to the evidence. Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ., concurred.

Michael O'Sullivan, Appellant, v. The Brooklyn Heights Railroad Company, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward and Hooker, JJ., concurred; Jenks and Gaynor, JJ., dissented.

Frank Pivin, Appellant, v. Moser Marcus, Respondent.—.Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Jenks, Hooker, Gaynor and Miller, JJ., concurred.

James Prendergast, Respondent, v. Nassau County Water Company, Appellant.— Judgment and order of the County Court of Nassau county unanimously affirmed, with costs. No opinion. Present—Hirschberg, P. J., Jenks, Hooker, Gaynor and Miller, JJ.

Kate E. Price, Respondent, v. Arverne-by-the-Sea Company, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Woodward, Jenks, Hooker, Rich and Miller, JJ., concurred.

The People of the State of New York, Respondent, v. Jacob Herman, Appellant.— Order affirmed, without costs, on the authority of People v. De Puy (ante, p. 564), decided herewith. Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ., concurred.

The People of the State of New York ex rel. Henry Hurlbut, Appellant, v. Theodore A. Bingham, as Police Commissioner of the City of New York, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ., concurred.

Millard F. Reed, Respondent, v. The City of New York, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present— Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ.

Conrad Rhodes, Respondent, v. Ragus Tea and Coffee Company, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Hooker, Rich and Miller, JJ., concurred.

Walter I. Rigney, Respondent, v. John Klein, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Rich and Miller, JJ., concurred.

John J. Robertson, Respondent, v. John A. Sall, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Hirschberg, P. J., Woodward, Hooker and Miller, JJ., concurred; Rich, J., dissented.

Daniel B. Ryerson, Respondent, v. A. E. Meyer & Co., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. - Hirschberg, P. J., Woodward, Gaynor, Rich and Miller, JJ., concurred.